SAMUEL MORRIS, Appellant, v. MORTON COAL CO., INC., Respondent.—
No opinion. Present —
Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE MAHLER,
Appellant.— No opinion. Present — Mar-
tin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.